Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
BK.CA@McCalla.com

Attorney for Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-HE3

## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Radhey Shyam<br>Lilliam Shyam<br><br><br><br><br><br><br><br><br><br><br><br>Debtors. | Case No. 18-20365<br><br>Chapter 13<br><br>Docket Control No. DWE-1<br><br>Local Bankruptcy Rule 9014-1(f)(1)<br><br>**NOTICE OF HEARING ON MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**<br><br>Hearing:<br>Date:    March 27, 2018<br>Time:   10:00 A.M.<br>Place:   Courtroom 34, Department D<br>          501 I Street, 6th Floor<br>          Sacramento, CA 95814-7300 |

**TO THE HONORABLE ROBERT S. BARDWIL, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, DEBTORS' COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

     **PLEASE TAKE NOTICE** that Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for the Structured Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2005-HE3 ("Movant") has filed a Motion for In Rem Relief from Automatic Stay (the "Motion") in the above-captioned matter. The Motion will be heard before the Honorable

1  Robert S. Bardwil on March 27, 2018 at 10:00 A.M. in Courtroom 34 at the United States Bankruptcy
2  Court located at 501 I Street, 6th Floor, Sacramento, CA 95814-7300.

3  The Motion is based upon the attached Declaration, Memorandum of Points & Authorities, and
4  Movant's Relief from Stay Summary Sheet, as well as other evidence attached hereto in support of the
5  Motion.

6  Pursuant to Local Bankruptcy Rule 9014-1(f)(1), Movant has filed and served its Motion with at
7  least twenty-eight (28) calendar days' notice prior to the hearing date. The use of this alternative
8  procedure in connection with a motion for relief from the automatic stay shall be deemed a waiver of the
9  time limitations contained in 11 U.S.C. § 362(e).

10  Opposition, if any, to the granting of the motion shall be in writing and shall be served and filed
11  with the Court by the responding party at least fourteen (14) calendar days preceding the date or
12  continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual
13  allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if
14  written opposition to the motion has not been timely filed.

15  Failure of the responding party to timely file written opposition may be deemed a waiver of any
16  opposition to the granting of the motion or may result in the imposition of sanctions.

17  Dated: 2/26/2018

Respectfully Submitted,
McCalla Raymer Leibert Pierce, LLP

By:  /s/Dane W. Exnowski
     Dane W. Exnowski
     Attorney for Movant