## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**Case Title:** Radhey Shyam and Lilliam Shyam

**Case No.:** 18-20365 - D - 13

**Docket Control No.** RDG-1

**Date:** 02/27/2018

**Time:** 10:30 AM

**Matter:** [23] - Motion/Application to Dismiss Case [RDG-1] Filed by Trustee Russell D. Greer (shbs)

**Judge: Robert S. Bardwil**
**Courtroom Deputy: Nancy Williams**
**Reporter: Electronic Record**
**Department: D**

**APPEARANCES for:**
**Movant(s):**
Trustee's Attorney - Lorraine Crozier
**Respondent(s):**

### CIVIL MINUTES

Motion Withdrawn by moving party

Findings of fact and conclusions of law stated orally on the record