```
1  RUSSELL D. GREER
   CHAPTER 13 STANDING TRUSTEE
   P.O. BOX 3051
   MODESTO, CALIFORNIA  95353-3051
   TELEPHONE (209) 576-1954
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RADHEY SHYAM<br><br>LILLIAM SHYAM<br><br><br>                    Debtor(s). | Case No.:   18-20365<br>D.C. No.:    RDG-2<br><br>CHAPTER 13<br><br>MOTION FOR ORDER OF DISMISSAL<br>PURSUANT TO 11 U.S.C. SECTION 1307<br><br>DATE:    June 19, 2018<br>TIME:    10:30 AM<br>DEPT.:   D |

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 10:30 AM on June 19, 2018, in Courtroom 34, Sixth Floor, of the U.S. Bankruptcy Court, 501 I Street, Sacramento, California, Russell D. Greer, Chapter 13 Standing Trustee, will move for an Order of Dismissal of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code for the following reason(s):

X     1. Unreasonable delay by the debtor(s) that is prejudicial to creditors. [§1307(c)(1)]

___    2. Payments to the Trustee are not current under the debtor(s) proposed plan. [§1307(c)(4)]

___    3. Payments to the Trustee are not current under the debtor(s) confirmed plan. [§1307(c)(6)]

X     4. Cause:   Failure to confirm a plan. A hearing on confirmation of Debtor(s) plan was held on April 10, 2018 and confirmation was denied.

**WHEREFORE**, the Trustee requests that the Court enter an Order of Dismissal of this Chapter 13 case.

Dated: June 4, 2018                             /s/ RUSSELL D. GREER
                                                RUSSELL D. GREER,
                                                CHAPTER 13 STANDING TRUSTEE