Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax     (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors: Radhey Shyam and Lilliam Shyam

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RADHEY SHYAM AND LILLIAM SHYAM<br><br>    Debtor | Case No.   18-20365<br>DCN:      EML-4<br>Chapter    13<br>**MOTION TO CONFIRM CHAPTER 13 PLAN 11 U.S.C. § 1324**<br>Date:       September 4, 2018<br>Time:      10:00 AM<br>Judge:    Hon. Robert S. Bardwil<br>Place:     501 I Street, Dept. D<br>            Sacramento CA 95814 |

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

At the above date, time and place, Debtors Radhey Shyam and Lilliam Shyam will move the Court for an order to confirm Debtor's attached Amended Chapter 13 Plan of June 15, 2018, pursuant to 11 U.S.C. §1324, and in support thereof states that the Plan complies with the requirements 11 U.S.C. §1324, the provisions of Chapter 13 and other provision of the bankruptcy code.

This motion is supported by Debtor's declaration filed July 19, 2018, Doc. 85.

WHEREFORE, debtors pray that this Court grant confirm their Amended Chapter 13 Plan of June 15, 2018, after notice and opportunity to be heard.


Dated: July 25, 2018                         /s/Evan Livingstone
                                             Evan Livingstone
                                             Attorney for Debtor