Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa, CA 95404
Phone (707) 206-6570
Fax　(707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtors: Radhey Shyam and Lilliam Shyam

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>RADHEY SHYAM AND LILLIAM SHYAM<br><br>　　　Debtor | Case No.　　18-20365<br>DCN:　　　　EML-4<br>Chapter　　　13<br>**NOTICE OF HEARING ON MOTION TO CONFIRM CHAPTER 13 PLAN**<br>**11 U.S.C. § 362(c)(3)(B)**<br>Date:　September 4, 2018<br>Time:　10:00 AM<br>Judge:　Hon. Robert S. Bardwil<br>Place:　501 I Street, Dept. D<br>　　　　Sacramento CA 95814 |
|---|---|

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

At the above date, time and place, Debtor Radhey Shyam and Lilliam Shyam will move the Court for an order to confirm their Chapter 13 Plan.

Any opposition to confirmation must be filed and served fourteen (14) days prior to the above hearing date.

Any opposition must be served on Debtor's attorney Evan Livingstone, 740 4th St, Ste 215, Santa Rosa CA 95404, and on the Chapter 13 Trustee, Russell D Greer, PO Box 3051, Modesto, CA 95353-3051.

Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by

checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing.

Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: July 25, 2018  /s/Evan Livingstone
Evan Livingstone
Attorney for Debtor