**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 18-20365 - D - 13
Radhey Shyam and               ) Docket Control No. EML-3
Lilliam Shyam,                 ) Document No. 70
              Debtors.         ) Date: 07/24/2018
                               ) Time: 10:00 AM
                               ) DEPT: D
```

**Order**

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion to confirm plan is denied.

Dated: July 25, 2018

_Robert S. Bardwil_
Robert S. Bardwil, Judge
United States Bankruptcy Court

[70] - Motion/Application to Confirm Chapter 13 Plan [EML-3] Filed by Joint Debtor Lilliam Shyam, Debtor Radhey Shyam (cjim)