```
                            United States Bankruptcy Court
                             Eastern District of California
```

In re:  
Radhey Shyam  
Lilliam Shyam  
      Debtors

Case No. 18-20365-D  
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0972-2          User: admin              Page 1 of 1          Date Rcvd: Mar 05, 2019
                              Form ID: pdf013          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2019.
```
db/jdb       +Radhey Shyam,    Lilliam Shyam,    2780 Oxford Ln,    Tracy, CA 95377-5388
aty          +Evan Livingstone,    740 4th St, Ste 215,    Santa Rosa, CA 95404-4421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2019 at the address(es) listed below:  
NONE.        TOTAL: 0

RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CA 95353-3051
TELEPHONE (209) 576-1954

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:

RADHEY SHYAM
XXX-XX-8473
LILLIAM SHYAM
XXX-XX-7238                       Debtor(s)

CASE NO: 18-20365
CHAPTER 13
NOTICE OF DEFAULT AND INTENT TO DISMISS CASE

    Russell D. Greer, Chapter 13 Standing Trustee in the above referenced case, intends to submit an Order Dismissing Case as provided by Paragraph (g) of LBR 3015-1 on the following grounds:

    Pursuant to 11. U.S.C. § 1307(c), cause exists to dismiss this case as Debtor(s) failed to make all payments due under the plan. As of March 04, 2019, payments are delinquent in the amount of $19,986.00. An additional payment of $6,274.00 will be due on the 25th day of this month. Additional payments will be due as set forth in the plan. A list of payments received by the Trustee is attached as Exhibit A.

**NOTICE IS HEREBY GIVEN** that paragraph (g) of LBR 3015-1 provides as follows:

*(1)* If the debtor fails to make a payment pursuant to a confirmed plan, including a direct payment to a creditor, the trustee may mail to the debtor and the debtor's attorney written notice of the default.

*(2)* If the debtor believes that the default noticed by the trustee does not exist, the debtor shall set a hearing within twenty-eight (28) days of the mailing of the notice of default and give at least fourteen (14) days' notice of the hearing to the trustee pursuant to LBR 9014-1(f)(2). At the hearing, if the trustee demonstrates that the debtor has failed to make a payment required by the confirmed plan, and if the debtor fails to rebut the trustee's evidence, the case shall be dismissed at the hearing.

*(3)* Alternatively, the debtor may acknowledge that the plan payment(s) has(have) not been made and, within thirty (30) days of the mailing of the notice of default, either (A) make the delinquent plan payment(s) and all subsequent plan payments that have fallen due, or (B) file a modified plan and a motion to confirm the modified plan. If the debtor's financial condition has materially changed, amended Schedules I and J shall be filed and served with the motion to modify the chapter 13 plan.

1  *(4)* If the debtor fails to set a hearing on the trustee's notice, or cure the default by payment, or
2  file a proposed modified chapter 13 plan and motion, or perform the modified chapter 13
   plan pending its approval, or obtain approval of the modified chapter 13 plan, all within the
3  time constraints set out above, the case shall be dismisssed without a hearing on the trustee's
   application.

Dated: March 04, 2019

/s/Russell D. Greer

Russell D. Greer
Chapter 13 Standing Trustee

**Exhibit A to Notice of Default**     Case No.: 18-20365

RADHEY SHYAM
LILLIAM SHYAM

| Date Posted | Transaction Type | Source | Check/MO# | Amount |
|---|---|---|---|---|
| 11/26/2018 | Receipt | credit union ck | 3074015880 | 5,556.00 |
| 10/24/2018 | Receipt | credit union ck | 3074015699 | 5,556.00 |
| 09/25/2018 | Receipt | credit union ck | 3074015523 | 5,556.00 |
| 08/23/2018 | Receipt | credit union ck | 3074015308 | 5,556.00 |
| 08/20/2018 | Receipt | credit union ck | 3074015301 | 5,556.00 |
| 07/20/2018 | Receipt | credit union ck | 3074015116 | 11,329.00 |
| 06/20/2018 | Receipt | credit union ck | 3074014941 | 3,288.00 |
| 05/23/2018 | Receipt | credit union ck | 3074014773 | 3,288.00 |
| 04/25/2018 | Receipt | credit union ck | 3074014604 | 3,288.00 |
| 03/26/2018 | Receipt | credit union ck | 3074014400 | 3,522.00 |
| 02/26/2018 | Receipt | credit union ck | 3074014223 | 3,065.00 |

**Gross Debtor Receipts:**     55,560.00
**Less Debtor Refunds:**     0.00
**Net Debtor Receipts:**     **55,560.00**